# AFFIDAVIT OF SERVICE

| Case: 8:21-cv-03210 | Court: United States District Court for the District of Maryland | County: , MD | Job: 6496605 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Cross River Bank | | **Defendant / Respondent:** 3 Bea's Assisted Living, LLC AND Connie Stewart | |
| **Received by:** CPI - Columbia Process and Investigative Services LLC | | **For:** Bean Kinney & Korman, PC | |
| **To be served upon:** Connie Stewart 2050 Peace Ct St. Leonard, MD 20685 | | | |

I, Marquis Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Connie Stewart, 13500 Danielle Circle, Brandywine, MD 20613
**Manner of Service:** Personal
**Documents:** Summons, Complaint, Civil Cover Sheet, Disclosure of Corporate Interest, Motion for Admission Pro Hac Vice, Case Management Order, Standing Order, Consent to Exercise of Jurisdiction by United States Magistrate Judge

**Additional Comments:**
On January 06, 2022 at 10:07 AM, I served the Defendant, Connie Stewart, the referenced documents at the referenced address.

Connie Stewart is a Black Female with grey hair. Ms. Stewart is approximately 5'5", 156 pounds, and in her 50's.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____  1-7-22
Marquis Harris                    Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015