IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CROSS RIVER BANK,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>3 BEA'S ASSISTED LIVING LLC, a<br>Maryland Limited Liability Company, a/k/a<br>THREE BEA'S ASSISTED LIVING<br>CONNIE STEWART, and<br>DAVID STEWART<br><br>　　　　　　Defendants. | Case No.   8:21-cv-03210-TJS |

**ORDER GRANTING SUMMARY JUDGMENT**

UPON CONSIDERATION of the Motion for Summary Judgment of Plaintiff Cross River Bank for Breach of Contract, Money Had and Received, Unjust Enrichment, Conversion, Fraud/Misrepresentation, Negligent Misrepresentation, and Fraudulent Conveyance, the memorandum and exhibits submitted therewith and any opposition thereto and the entire record herein, it is, this _____ day of _____, 2022,

ORDERED that said motion be, and hereby is, GRANTED and it is further,

ORDERED that judgment be, and hereby is entered in favor of the Plaintiff against Defendants 3 Bea's Assisted Living, LLC and Connie Stewart in the total amount of $_____ and it is further,

ORDERED that reasonable attorneys' fees and costs be awarded in favor of the Plaintiff against Defendants 3 Bea's Assisted Living, LLC and Connie Stewart in an amount to be determined upon application to the Court, and it is further

ORDERED that judgement be, and hereby is entered in favor of the Plaintiff setting aside (i) the conveyance of funds provided by plaintiff to 3 Bea's Assisted Living, LLC, used by Connie Stewart for her purchase of the real property located in Prince George's County, Maryland having an address of 13500 Danielle Circle, Brandywine, Maryland 20613 and described as "Lot 9, Plat of Correction Plat One Lots 1, 2, 9, 10 & 11 Erik's Ridge" as per Plat thereof recorded in Plat Book REP 215 at Plat 33 among the land records of Prince George's County, Maryland (the "Brandywine Property")  (ii) the conveyance made by Connie Stewart of the Brandywine Property to David Stewart and Burton Sherbert pursuant to that certain Grant Deed dated as of December 4, 2020 and recorded among the land records of Prince George's County, Maryland in Book 45043, Page 178, and (iii) the conveyance of the Brandywine Property made by David Stewart and Burton Sherbert to David Stewart and Connie Stewart pursuant to that certain Grant Deed dated as of August 30, 2021 and recorded among the land records of Prince George's County, Maryland in Book 46553, Page 411 and that title to the Brandywine Property is hereby vested in 3 Bea's Assisted Living, LLC, and it is further,

ORDERED that any and all remedies pursuant to the MUFCA and any and all equitable remedies with respect to the Brandywine Property be made available to Plaintiff upon application to the Court, and it is further

ORDERED that all applicable pre- and post-judgment interest be awarded in favor of the Plaintiff against Defendants 3 Bea's Assisted Living, LLC and Connie Stewart in an amount to be determined upon application to the Court.

_____
Timothy J. Sullivan
United States Magistrate Judge