UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CROSS RIVER BANK,<br><br>                Plaintiff,<br>v.<br><br>3 BEA'S ASSISTED LIVING LLC, a<br>Maryland Limited Liability Company, a/k/a<br>THREE BEA'S ASSISTED LIVING,<br>CONNIE STEWART, and<br>DAVID STEWART JR.<br><br>                Defendants. | Case No.   8:21-cv-03210-TJS |

## AFFIDAVIT OF PHILLIP GOLDFEDER

I, Phillip Goldfeder, do hereby depose and state as follows:

1. I am the SVP, Public Affairs of Cross River Bank.

2. I am familiar with the facts involved in this litigation.

3. Attached is **Exhibit 1**, a true and accurate copy of the loan application and loan documents concerning the Paycheck Protection Program loan that is the subject of this litigation.

4. Attached is **Exhibit 2**, a true and accurate copy of the Indemnification Agreement Request for Return of Funds ("Indemnification Agreement") that Cross River Bank wired to Bank of America for 3 Bea's Assisted Living, LLC account x1025 dated May 20, 2020.

5. Cross River only recovered $4,717.53 from Bank of America in response to the above referenced Indemnification Agreement.

2

I hereby verify and affirm under the penalty of perjury, that the information contained in this affidavit is true and correct to the best of my knowledge, information and belief.

_____

Sworn and Subscribed to before me
this 7 day of November, 2022

_Denise Karamits_
Notary Public

DENISE KARAMITSOS
Commission # 50161920
Notary Public, State of New Jersey
My Commission Expires
June 03, 2026