# EXHIBIT   1

# Electronic Record of Loan Application

This document was generated as a record of a Loan Application that was submitted online, with accepted terms, and stored electronically.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Loan Application submitted & accepted by:

| Connie Stewart | **Signer ID:** | ███████████████ |
| | **Email:** | |

| **Date & Time:** | 30/Apr/2020 15:17:24.661 |
| **IP Address:** | 76.21.150.181 |
| **User Agent Details:** | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/80.0.3987.122 Safari/537.36 |

## Loan Application Information

### Business Information

| | | | |
|---|---|---|---|
| Legal Name: | Three Bea's Assisted Living | Entity Type: | Limited Liability Company |
| DBA Name: | Three Bea's | EIN / SSN: | ████ |
| Street: | ████ | State of Incorporation: | MD |
| City: | Lusby | Start Year: | 05/2007 |
| State: | MD | DUNS: | |
| Zip: | ████ | Website: | |
| Country: | US | Industry: | |
| Phone: | ████ | Naics Code: | 531110 |
| Email: | | Number of Employees: | 8 |

### Owner Information

| | |
|---|---|
| **Owner Name:** | Connie  Stewart |
| Owner Percentage: | 100 |
| Address: | ████ |
| City: | St. Leonard |
| State: | MD |
| Zip: | ████ |
| Phone: | |
| Home Phone: | |
| Mobile Phone: | ████ |
| Email: | |
| SSN: | |
| DOB: | |

## Terms & Conditions

- I attest that I have not applied for a Paycheck Protection Program loan with another lender. If I have applied for more than one loan, I understand that I can be personally liable for any duplicate loans and it can exclude these loans for forgiveness eligibility.
  ☒ **I confirm that I have not applied for a PPP loan with another lender**

I understand that by checking the box below, I am confirming that:

- To the best of my knowledge, the business information I provided in this application is accurate and complete, and:
- I have provided all owner(s) of the business who own 20% or more of the company and/or a single control person with control over the entity if different than the owners or in the event there is not a single owner over the threshold
- the responses to the Eligibility Questionaire were accurate and complete
- the information provided in the PPP Calculator is accurate as per the instructions laid out in the calculator
- this business is *not* an Ineligible Business, as defined in the section below this
- **Three Bea's Assisted Living**   hereby provides its written instructions to Cross River Bank and its affiliates, agents, or third-party service providers to obtain business and/or credit reports about **Three Bea's Assisted Living**   in connection with this application.
- I hereby provide my written instructions to Cross River Bank under the Fair Credit Reporting Act permitting Cross River Bank and its affiliates, agents, or third-party service providers, to obtain one or more consumer report(s) about me, including any credit reports and/or credit score, from one or more consumer reporting agencies in connection with **Three Bea's Assisted Living**  's application for business loan, and any subsequent account review or collection activities related to the account.

  ☒ **I am electronically signing the authorization above that I give permission to Cross River Bank to obtain my personal credit report.**

## Ineligible businesses

Ineligible Businesses for the Cross River's SBA Payroll Protection Program

1. Businesses Engaged in Lending
   - Banks;
   - Life Insurance Companies (but not independent agents);
   - Finance Companies;
   - Factoring companies;
   - Investment Companies;
   - Bail Bond Companies; and
   - Other businesses whose stock in trade is

1. Passive Businesses
   - Passive businesses owned by developers and landlords that do not actively use or occupy the assets acquired or improved with the loan proceeds (except as Eligible Passive Companies under 13 CFR §

120.111) are not eligible.

- Businesses primarily engaged in subdividing real property into lots and developing it for resale on its own account are not eligible.

- Businesses that are primarily engaged in owning or purchasing real estate and leasing it for any purpose are not eligible. For example, shopping centers, salon suites, and similar business models that generate income by renting space to accommodate independent businesses that provide services directly to the public are not eligible.

- Businesses that lease land for the installation of a cell phone tower, solar panels, billboards, or wind turbine also are not eligible. However, the business operating the cell phone tower, solar panel, billboard, or wind turbine is eligible.

- Businesses that have entered into a management agreement with a third party that gives the management company sole discretion to manage the operations of the business, including control over the employees, the finances and the bank accounts of the business, with no involvement by the owner(s) of the Applicant business, are not eligible. (See paragraph II.D.7 of this chapter for additional guidance on management agreements.)

- Apartment buildings and mobile home parks are not eligible.

- Residential facilities that do not provide healthcare and/or medical services are not eligible.

2. Life Insurance Companies

3. Business Located in a Foreign Country or Owned by Undocumented (Illegal) Aliens

4. Businesses Selling Through a Pyramid Plan

5. Businesses Deriving More Than One-Third 0f Gross Annual Revenue from Legal Gambling Activities

6. Private Clubs and Businesses Which Limit the Number of Memberships for Reasons Other Than Capacity

7. Government-Owned Entities, Excluding Native American Tribes

8. Businesses Engaged in SBA Loan Packaging

9. Businesses Providing Prurient Sexual Material

10. Businesses primarily engaged in political or lobbying activities

11. Speculation

o   Speculative businesses are not eligible. This prohibits loans to an Applicant for:

  - The sole purpose of purchasing and holding an item until the market price increases; or

  - Engaging in a risky business for the chance of an unusually large profit.

o   Speculative businesses include:

  - Wildcatting in oil;

  - Dealing in stocks, bonds, commodity futures, and other financial instruments;

  - Mining gold or silver in other than established fields;

  - Research and Development; and

  - Building homes for future sale (except under the Builders CAPLines program).

13. Small Business Lending Company (SBLC)

14. Businesses Owned by Non-U.S. Citizens

☒ I confirm and agree to all the statements above.

DocuSign Envelope ID: 2F831C31-F510-443A-A2FA-ED7A8C8F8B6C



# Paycheck Protection Program
## Borrower Application Form

OMB Control No.: 3245-0407
Expiration Date: 09/03/2020

| Check One: | ☐ Sole Proprietorship ☐ Partnership ☐ C-Corp ☐ S-Corp ☒ LLC<br>☐ Independent contractor ☐ Eligible self-employed individual<br>☐ 501(c)(3) nonprofit ☐ 501(c)(19) veterans organization<br>☐ Tribal business (sec. 31(b)(2)(C) of Small Business Act) ☐ Other | DBA or Tradename if Applicable |
|---|---|---|

| Business Legal Name | |
|---|---|
| Three Bea's Assisted Living | Three Bea's |

| Business Primary Address | Business TIN (EIN,SS) | Business Phone |
|---|---|---|
| ████ | ████ | ████ |
| Lusby,MD ████ | **Primary Contact**<br>CONNIE STEWART | **Email Address**<br>████ |

| Average Monthly Payroll: | $ 8272 | X 2.5 + EIDL, Net of Advance (if Applicable) Equals Loan Request: | $ 20680 | Number of Employees: | 8 |
|---|---|---|---|---|---|
| Purpose of the loan (select more than one): | ☒ Payroll  ☐ Lease / Mortgage Interest  ☒ Utilities  ☒ Other (explain):  Food, household supplies, etc. | | | | |

## Applicant Ownership

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN,SS) | Address |
|---|---|---|---|---|
| CONNIE STEWART | | | | |

*If questions (1) or (2) below are answered "Yes," the loan will not be approved.*

| | Question | Yes | No |
|---|---|---|---|
| 1. | Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | | X |
| 2. | Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency that is currently delinquent or has defaulted in the last 7 years and caused a loss to the government? | | X |
| 3. | Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business? If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A. | | X |
| 4. | Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | | X |

*If questions (5) or (6) are answered "Yes," the loan will not be approved.*

| | Question | Yes | No |
|---|---|---|---|
| 5. | Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction, or presently incarcerated, or on probation or parole?<br>Initial here to confirm your response to question 5 → | | X |
| 6. | Within the last 5 years, for any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been placed on any form of parole or probation (including probation before judgment)?<br>Initial here to confirm your response to question 6 → | | X |
| 7. | Is the United States the principal place of residence for all employees of the Applicant included in the Applicant's payroll calculation above? | X | |
| 8. | Has the Applicant received an SBA Economic Injury Disaster Loan between January 31, 2020 and April 3, 2020? If yes, provide details on a separate sheet identified as addendum B. | | X |

1

SBA Form 2483 (04/20)

DocuSign Envelope ID: 2E831C31-F510-443A-A2EA-ED7A8C9F8B9C

## Paycheck Protection Program
## Borrower Application Form

### By Signing Below, You Make the Following Representations, Authorizations, and Certifications

CERTIFICATIONS AND AUTHORIZATIONS

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.
- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule).
- The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry.
- I will comply, whenever applicable, with the civil rights and other limitations in this form.
- All SBA loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rule.
- To the extent feasible, I will purchase only American-made equipment and products.
- The Applicant is not engaged in any activity that is illegal under federal, state or local law.
- Any loan received by the Applicant under Section 7(b)(2) of the Small Business Act between January 31, 2020 and April 3, 2020 was for a purpose other than paying payroll costs and other allowable uses loans under the Paycheck Protection Program Rule.

For Applicants who are individuals: I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

CERTIFICATIONS

The Authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant. .

The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Program Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

The Applicant will provide to the Lender documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities for the eight-week period following this loan.

I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, and covered utilities, and not more than 25% of the forgiven amount may be for non-payroll costs.

During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program.

I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

I acknowledge that the lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all

_Connie Stewart_
DocuSigned by:
3A936D763AF455...
Signature of Authorized Representative of Applicant

5/5/2020
Date

CONNIE STEWART
Print Name

Title

SBA Form 2483 (04/20)

**Borrower Application Form**

<u>**Purpose of this form:**</u>

This form is to be completed by the authorized representative of the Applicant and submitted to your SBA Participating Lender. Submission of the requested information is required to make a determination regarding eligibility for financial assistance. Failure to submit the information would affect that determination.

<u>**Instructions for completing this form:**</u>

With respect to "purpose of the loan," payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wage, commissions, income, or net earnings from self-employment or similar compensation.

For purposes of calculating "Average Monthly Payroll," most Applicants will use the average monthly payroll for 2019, excluding costs over $100,000 on an annualized basis for each employee. For seasonal businesses, the Applicant may elect to instead use average monthly payroll for the time period between February 15, 2019 and June 30, 2019, excluding costs over $100,000 on an annualized basis for each employee. For new businesses, average monthly payroll may be calculated using the time period from January 1, 2020 to February 29, 2020, excluding costs over $100,000 on an annualized basis for each employee.

If Applicant is refinancing an Economic Injury Disaster Loan (EIDL): Add the outstanding amount of an EIDL made between January 31, 2020 and April 3, 2020, less the amount of any "advance" under an EIDL COVID-19 loan, to Loan Request as indicated on the form.

All parties listed below are considered owners of the Applicant as defined in 13 CFR § 120.10, as well as "principals":

- For a sole proprietorship, the sole proprietor;
- For a partnership, all general partners, and all limited partners owning 20% or more of the equity of the firm;
- For a corporation, all owners of 20% or more of the corporation;
- For limited liability companies, all members owning 20% or more of the company; and
- Any Trustor (if the Applicant is owned by a trust).

**Paperwork Reduction Act** – You are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated time for completing this application, including gathering data needed, is 8 minutes. Comments about this time or the information requested should be sent to : Small Business Administration, Director, Records Management Division, 409 3rd St., SW, Washington DC 20416., and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Washington DC 20503.

**Privacy Act (5 U.S.C. 552a)** – Under the provisions of the Privacy Act, you are not required to provide your social security number. Failure to provide your social security number may not affect any right, benefit or privilege to which you are entitled. (But see Debt Collection Notice regarding taxpayer identification number below.) Disclosures of name and other personal identifiers are required to provide SBA with sufficient information to make a character determination. When evaluating character, SBA considers the person's integrity, candor, and disposition toward criminal actions. Additionally, SBA is specifically authorized to verify your criminal history, or lack thereof, pursuant to section 7(a)(1)(B), 15 USC Section 636(a)(1)(B) of the Small Business Act (the Act).

**Disclosure of Information** – Requests for information about another party may be denied unless SBA has the written permission of the individual to release the information to the requestor or unless the information is subject to disclosure under the Freedom of Information Act. The Privacy Act authorizes SBA to make certain "routine uses" of information protected by that Act. One such routine use is the disclosure of information maintained in SBA's system of records when this information indicates a violation or potential violation of law, whether civil, criminal, or administrative in nature. Specifically, SBA may refer the information to the appropriate agency, whether Federal, State, local or foreign, charged with responsibility for, or otherwise involved in investigation, prosecution, enforcement or prevention of such violations. Another routine use is disclosure to other Federal agencies conducting background checks but only to the extent the information is relevant to the requesting agencies' function. See, 74 F.R. 14890 (2009), and as amended from time to time for additional background and other routine uses. In addition, the CARES Act, requires SBA to register every loan made under the Paycheck Protection Act using the Taxpayer Identification Number (TIN) assigned to the borrower.

**Debt Collection Act of 1982, Deficit Reduction Act of 1984 (31 U.S.C. 3701 et seq. and other titles)** – SBA must obtain your taxpayer identification number when you apply for a loan. If you receive a loan, and do not make payments as they come due, SBA may: (1) report the status of your loan(s) to credit bureaus, (2) hire a collection agency to collect your loan, (3) offset your income tax refund or other amounts due to you from the Federal Government, (4) suspend or debar you or your company from doing business with the Federal Government, (5) refer your loan to the Department of Justice, or (6) foreclose on collateral or take other action permitted in the loan instruments.

**Right to Financial Privacy Act of 1978 (12 U.S.C. 3401)** – The Right to Financial Privacy Act of 1978, grants SBA access rights to financial records held by financial institutions that are or have been doing business with you or your business including any financial

# Paycheck Protection Program
## Borrower Application Form

institutions participating in a loan or loan guaranty. SBA is only required provide a certificate of its compliance with the Act to a financial institution in connection with its first request for access to your financial records. SBA's access rights continue for the term of any approved loan guaranty agreement. SBA is also authorized to transfer to another Government authority any financial records concerning an approved loan or loan guarantee, as necessary to process, service or foreclose on a loan guaranty or collect on a defaulted loan guaranty.

**Freedom of Information Act (5 U.S.C. 552)** – Subject to certain exceptions, SBA must supply information reflected in agency files and records to a person requesting it. Information about approved loans that will be automatically released includes, among other things, statistics on our loan programs (individual borrowers are not identified in the statistics) and other information such as the names of the borrowers (and their officers, directors, stockholders or partners), the collateral pledged to secure the loan, the amount of the loan, its purpose in general terms and the maturity. Proprietary data on a borrower would not routinely be made available to third parties. All requests under this Act are to be addressed to the nearest SBA office and be identified as a Freedom of Information request.

**Occupational Safety and Health Act (15 U.S.C. 651 et seq.)** – The Occupational Safety and Health Administration (OSHA) can require businesses to modify facilities and procedures to protect employees. Businesses that do not comply may be fined, forced to cease operations, or prevented from starting operations. Signing this form is certification that the applicant, to the best of its knowledge, is in compliance with the applicable OSHA requirements, and will remain in compliance during the life of the loan.

**Civil Rights (13 C.F.R. 112, 113, 117)** – All businesses receiving SBA financial assistance must agree not to discriminate in any business practice, including employment practices and services to the public on the basis of categories cited in 13 C.F.R., Parts 112, 113, and 117 of SBA Regulations. All borrowers must display the "Equal Employment Opportunity Poster" prescribed by SBA.

**Equal Credit Opportunity Act (15 U.S.C. 1691)** – Creditors are prohibited from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

**Debarment and Suspension Executive Order 12549; (2 CFR Part 180 and Part 2700)** – By submitting this loan application, you certify that neither the Applicant or any owner of the Applicant have within the past three years been: (a) debarred, suspended, declared ineligible or voluntarily excluded from participation in a transaction by any Federal Agency; (b) formally proposed for debarment, with a final determination still pending; (c) indicted, convicted, or had a civil judgment rendered against you for any of the offenses listed in the regulations or (d) delinquent on any amounts owed to the U.S. Government or its instrumentalities as of the date of execution of this certification.

DocuSign Envelope ID: 2F831C31-F51D-443A-A2EA-ED7A8C9F8B6C



**Small Business Administration (SBA)**
**Paycheck Protection Program Loan**

**Cross River Bank is happy to let you know that your loan request has been approved by the SBA. The enclosed DocuSign includes several important documents that need to be executed for your loan to fund.**

- **A copy of your electronically completed application (SBA Form 2483)**
- **Note for the loan (SBA Form 147)**
- **Settlement Sheet (SBA Form 1050)**
- **Borrower Resolution**
- **GLBA Privacy Notice**

**After your documents are fully executed, it can take <u>2-3 business days</u> for the funds to post to your bank account. Below are summary details of your loan:**

| | |
|---|---|
| **Qualifying Payroll Amount:** | 8272 |
| **Existing EIDL Loan:** | 0 |
| **Approved Loan Amount:** | 1706117 |
| **Payment** (if loan is not forgiven): | 95542.55 |
| **SBA Loan Number:** | ███ 7309 |
| **Interest Rate:** | **1.00%** |
| **Loan Term:** | **24 Months (With Automatic 6 Month Deferment)** |
| **Funding Account Bank Routing Number:** | ███████ |
| **Funding Account Number:** | ██████ 1025 |

**Thank you again for your patience during the approval and funding process. The Bank's staff is working day and night during this unprecedented crisis to help disburse these funds to small businesses.**

DocuSign Envelope ID: 2F831C31-F510-443A-A2EA-EDZA8C9F8B8C

**AUTHORITY TO BORROW**

| Principal<br>$ 1706117 | Loan Date<br>04/30/2020 | Maturity Date | Loan No.<br>▓▓▓7309 | Call / Coll | Account | Officer<br>CONNIE STEWART | Initials<br>CS |
|---|---|---|---|---|---|---|---|

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** Three Bea's Assisted Living

▓▓▓▓▓
Lusby , MD ▓▓▓▓▓

**Lender:** **Cross River Bank**
885 Teaneck
Teaneck, NJ 07666

---

**I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT:**

**THE BORROWER'S EXISTENCE.** The complete and correct name of the borrower is Three Bea's Assisted Living ("Borrower"). The Borrower is a duly formed entity which is, and at all times shall be, duly organized, validly existing, and in good standing under and by virtue of the laws of the State of its organization. The Borrower is duly authorized to transact business in all other states in which the Borrower is doing business, having obtained all necessary filings, governmental licenses and approvals for each state in which the Borrower is doing business. Specifically, the Borrower is, and at all times shall be, duly qualified as a foreign entity in all states in which the failure to so qualify would have a material adverse effect on its business or financial condition. The Borrower has the full power and authority to own its properties and to transact the business in which it is presently engaged or presently proposes to engage. The Borrower maintains an office at the address set forth above. Unless the Borrower has designated otherwise in writing, the principal office is the office at which the Borrower keeps its books and records. The Borrower will notify Lender prior to any change in the location of the Borrower's state of organization or any change in the Borrower's name. The Borrower shall do all things necessary to comply and to keep in full force and effect its existence, rights and privileges, and shall comply with all regulations, rules, ordinances, statutes, orders and decrees of any governmental or quasi-governmental authority or court applicable to the Borrower and the Borrower's business activities.

**RESOLUTIONS ADOPTED.** At a meeting of the directors or members of the Borrower, or if the Borrower is a close corporation having no Board of Directors then at a meeting of the Borrower's shareholders, duly called and held on _____ , at which a quorum was present and voting, or by other duly authorized action in lieu of a meeting, the resolutions set forth in this Resolution were adopted.

**OFFICER.** The following named person is an officer of Borrower:

| NAMES | TITLES | AUTHORIZED | ACTUAL SIGNATURES |
|---|---|---|---|
| CONNIE STEWART | _____ | y x | *Connie Stewart* (DocuSigned by)<br>5A936077632F45B... |

**ACTIONS AUTHORIZED.** The authorized person listed above may enter into any agreements of any nature with Lender, and those agreements will bind the Borrower. Specifically, but without limitation, the authorized person is authorized, empowered, and directed to do the following for and on behalf of the Borrower:

**Borrow Money.** To borrow, as a cosigner or otherwise, from time to time from Lender, on such terms as may be agreed upon between the Borrower and Lender, such sum or sums of money as in his or her judgment should be borrowed, without limitation.

**Execute Notes.** To execute and deliver to Lender the promissory note or notes, or other evidence of the Borrower's credit accommodations, on Lender's forms, at such rates of interest and on such terms as may be agreed upon, evidencing the sums of money so borrowed or any of the Borrower's indebtedness to Lender, and also to execute and deliver to Lender one or more renewals, extensions, modifications, refinancings, consolidations, or substitutions for one or more of the notes, any portion of the notes, or any other evidence of credit accommodations.

**Negotiate Items.** To draw, endorse, and discount with Lender all drafts, trade acceptances, promissory notes, or other evidences of indebtedness payable to or belonging to the Borrower or in which the Borrower may have an interest, and either to receive cash for the same or to cause such proceeds to be credited to the Borrower's account with Lender, or to cause such other disposition of the proceeds derived therefrom as he or she may deem advisable.

**ASSUMED BUSINESS NAMES.** The Borrower has filed or recorded all documents or filings required by law relating to all assumed business names used by the Borrower. Excluding the name of the Borrower, the following is a complete list of all assumed business names under which the Borrower does business: _____ .

**NOTICES TO LENDER.** The Borrower will promptly notify Lender in writing at Lender's address shown above (or such other addresses as Lender may designate from time to time) prior to any (A) change in the Borrower's name; (B) change in the Borrower's assumed business name(s); (C) change in the management of the Borrower; (D) change in the authorized signer(s); (E) change in the Borrower's principal office address; (F) change in the Borrower's state of organization; (G) conversion of the Borrower to a new or different type of business entity; or (H) change in any other aspect of the Borrower that directly or indirectly relates to any agreements between the Borrower and Lender. No change in the Borrower's name or state of organization will take effect until after Lender has received notice.

**CERTIFICATION CONCERNING OFFICERS AND RESOLUTIONS.** The officer named above is duly elected. appointed. or employed by or for the Borrower, as the case may be, and occupies the position set opposite his or her respective name. This Resolution now stands of record on the books of the Borrower, is in full force and effect, and has not been modified or revoked in any manner whatsoever.

**NO CORPORATE SEAL.** The Borrower n has no corporate seal, and therefore, no seal is affixed to this Resolution.

**CONTINUING VALIDITY.** Any and all acts authorized pursuant to this Resolution and performed prior to the passage of this Resolution are hereby ratified and approved. This Resolution shall bc continuing, shall remain in full force and effect and Lender may rely on it until written notice of its revocation shall have been delivered to and received by Lender at Lender's address shown above (or such addresses as Lender may designate from time to time). Any such notice shall not affect any of the Borrower's agreements or commitments in effect at the time notice is given.

**IN TESTIMONY WHEREOF, I** have hereunto set my hand and attest that the signature set opposite the name listed above **is** his or her genuine signature.

I have read all the provisions of this Resolution, and personally and on behalf of the Borrower certify that all statements and representations made in this Resolution are true and correct. This Resolution to Borrow is dated as of the date set forth above.

CERTIFIED TO AND ATTESTED BY:

DocuSigned by:

*Connie Stewart*

5A9300776832F45B...

_____, as president, manager or managing member

DocuSign Envelope ID: 2F831C31-F510-443A-A2EA-EDZA8C9F8B6C

OMB Approval No.: 3245-0200
Expiration Date: 04/30/2022

# SBA FORM 1050, SETTLEMENT SHEET

<u>Purpose</u>: The purpose of this form is to document and verify that loan proceeds have been disbursed in accordance with the Authorization and to document that the Borrower's contribution has been injected into the business prior to the Lender disbursing any loan proceeds.

<u>General Instructions:</u> This form may be used for all 7(a) loans and for all disbursements.  It must be used for the first disbursement on all standard 7(a) loans over $350,000.

This form is to be completed by the Lender and signed by the Lender and the Borrower at the time of the initial loan disbursement. The Lender must retain a copy of the signed form in its loan file. For all disbursements, the Lender must also retain documentation that is acceptable to SBA (such as joint payee checks, cancelled checks, paid receipts or invoices, wire transfer account records, etc.) and that evidences compliance with the Use of Proceeds section of the Authorization.

The Lender must submit the completed form and all supporting documentation to SBA upon request, or, in the event of a loan default, with the Lender's request for guaranty purchase.
Providing this information is required to comply with program requirements; failure to provide it when required may impair the Lender's ability to collect on the SBA loan guaranty.

If additional space is required to complete the form or provide additional details please attach a separate sheet.

<u>Specific Instructions for Completing the Form:</u>

1) In the first section, fill in all identifying information. For "Loan Type," check the box to indicate whether the loan is a term loan or a revolving line of credit.

2) Complete the "Use of Proceeds" section with information related to the initial disbursement.
    a) On the line associated with each applicable use of proceeds, indicate:
        i) The name of the payee (must identify the ultimate recipient, not an intermediary such as a title company);
        ii) Amount disbursed; and
        iii) Remaining amount to be disbursed, in accordance with the Authorization.
    b) For the "Settlement charges/out of pocket costs" line, insert total amount of settlement charges and other out of pocket costs in the appropriate field within the grid. Attach an itemized list of all charges and costs, including the name of payee and amount paid for each charge or cost. Reminder: SBA Form 159 is required for all fees paid or to be paid by the Lender (except Lender Service Provider fees) and for all fees paid or to be paid by the Applicant to any agent in connection with the SBA loan application.)
    c) For "Other (Explain)," enter any other use of proceeds authorized in the Authorization that is not already listed in the grid, if applicable.

3) Complete the "Borrower's Injection" section.
    a) For each type of injection, indicate the source.
    b) If the Seller contributed toward required equity, attach a copy of the Note and evidence of full standby for the life of the loan.
    c) Note: The Borrower's Injection must be in the business bank account prior to any disbursement of loan proceeds.

4) The Lender and the Borrower must review the certification and execute the form in the space provided.

DocuSign Envelope ID: 2F831C31-F510-443A-A2EA-ED7A8C9F8B6C

# U.S. Small Business
## Settlement Sheet

OMB APPROVAL NO.: 3245-0200

EXPIRATION DATE: 04/30/2022

| SBA Loan Number ▮▮7309 | Lender Name **Cross River Bank** | Lender FIRS Number **7081735** |
|---|---|---|

| SBA Loan Name | Three Bea's Assisted Living | Note Amount **1706117** |
|---|---|---|

Loan Type: ✔ Term Loan ☐ Line of Credit   Disbursement Type: ☐ First Disbursement ☐ Subsequent Disbursement ✔ Full Disbursement

| Authorized Use of Proceeds: | Name of Payee: | Amount Disbursed: | Authorized Amount Remaining: |
|---|---|---|---|
| Land Acquisition: ☐ Raw ☐ Improved | | $ - | $ - |
| Construction: ☐ New ☐ Expansion/Renovation | | $ - | $ - |
| Leasehold Improvements to property owned by others | | $ - | $ - |
| Machinery & Equipment | | $ - | $ - |
| Furniture & Fixtures | | $ - | $ - |
| Inventory Purchase | | $ - | $ - |
| Working Capital | Three Bea's Assisted Living | $ 1706117 - | $ 1706117 - |
| Acquire Business (Change of Ownership) | | $ - | $ - |
| SBA Guarantee Fee | | $ - | $ - |
| Settlement Charges/Out of Pocket Costs | | $ - | $ - |
| Other (Explain): | | $ - | $ - |
| Total: | | $ 1706117 - | $ 1706117 - |

| Borrower's Injection (including any deposit or earnest money): | | |
|---|---|---|
| Cash            Source: | | $ - |
| Assets          Source: | | $ - |
| Seller contribution toward required equity (on full standby for life of loan) | | $ - |
| Other (Explain): | | $ - |
| Total Borrower Injection: | | $ 0 |

At the time of completion of this form, the Lender and the Borrower certify that:
1. The loan proceeds were disbursed and received and will be used in accordance with the Use of Proceeds section of the Authorization, including any and all SBA/Lender approved modifications, and that all required equity or Borrower injections have been made in accordance with the Authorization and any approved modifications; and
2. There has been no unremedied adverse change in the Borrower's or Operating Company's financial condition, organization, management, operations or assets since the date of application that would warrant withholding or not making this disbursement or any further disbursement.

**At the time of each subsequent disbursement on this loan, the Lender, by disbursing the loan proceeds, and the Borrower by receiving them, are deemed to certify that the above certifications are true with respect to each and every disbursement made.**

**WARNING:** By signing below you are certifying that the above statements are accurate to the best of your knowledge. Submitting false information to the Government may result in criminal prosecution and fines up to $250,000 and/or imprisonment for up to 5 years under 18 USC § 1001. Submitting false statements to a Federally insured institution may result in fines up to $1,000,000 and/or imprisonment for up to 30 years under 18 USC § 1014, penalties under 15 USC § 645, and/or civil fraud liability.

| Authorized Lender Official | Borrower |
|---|---|
| Signature: | Signature: *Connie Stewart* DocuSigned by: 5A9380770032F45B... |
| Print Name: | Print Name: CONNIE STEWART |
| Title: | Title: |
| Date: | Date: 5/5/2020 |

SBA Form 1050 (04-19) Previous Editions Obsolete

NOTE: According to the Paperwork Reduction Act, you are not required to respond to this collection of information unless it displays a currently valid OMB Control Number. The estimated burden for completing this form, including time for reviewing instructions, and gathering data needed, is 30 minutes. Comments or questions on the burden estimates or other aspects of this information collection should be sent to U.S. Small Business Administration, Director, RMD, 409 3rd St., SW, Washington DC 20416 and/or SBA Desk Officer, Office of Management and Budget, New Executive Office Building, Rm. 10202, Washington DC 20503. **PLEASE DO NOT SEND THE COMPLETED FORMS TO THESE ADDRESSES.**

| FACTS | WHAT DOES CROSS RIVER BANK DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect, and share depend on the product or service you have with us. This information can include:<br>- Social Security number and Account balances<br>- Payment history and Transaction history<br>- Account transactions and Wire transfer instructions<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Cross River Bank chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Cross River Bank share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your accounts), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| Questions? | Call toll-free 1-877-55CRB55 or go to www.crossriver.com |
|---|---|



| **What we do** | |
|---|---|
| **How does Cross River Bank protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. <br><br> We also maintain other physical, electronic and procedural safeguards to protect this information and we limit access to information to those employees for whom access is appropriate. |
| **How does Cross River Bank collect my personal information?** | We collect your personal information, for example, when you <br> - Open an account or Apply for a loan <br> - Make deposits or withdrawals from your account or Provide employment information <br> - Give us your contact information <br> We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only <br> - sharing for affiliates' everyday business purposes-information about your creditworthiness <br> - affiliates from using your information to market to you <br> - sharing for nonaffiliates to market to you <br> State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

| **Definitions** | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br> - *Cross River Bank does not share with our affiliates.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies. <br> - *Nonaffiliates we share with can include loan finance companies* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br> - *Our joint marketing partner(s) include loan finance companies.* |

| **Other important information** |
|---|

**For Alaska, Illinois, Maryland and North Dakota Customers**. We will not share personal information with nonaffiliates either for them to market to you or for joint marketing-without your authorization.

**For California Customers**. We will not share personal information with nonaffiliates either for them to market to you or for joint marketing-without your authorization. We will also limit our sharing of personal information about you with our affiliates to comply with all California privacy laws that apply to us.

**For Massachusetts, Mississippi and New Jersey Customers**. We will not share personal information from deposit or share relationships with nonaffiliates either for them to market to you or for joint marketing-without your authorization.

**For Vermont Customers**. We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found at www.crossriver.com or call 1-877-55CRB55.

DocuSign Envelope ID: 2F831C31-F510-443A-A2EA-ED7A8C9F8B6C

## AUTHORIZATION TO RELEASE INFORMATION, RE-EXECUTION CERTIFICATE AND COVENANT TO DELIVER FINANCIAL INFORMATION

I/We hereby authorize the release to Cross River Bank, of any and all information they may require at any time for any purpose related to our credit transaction. I/We further authorize Cross River Bank to release such information to any entity deemed necessary for any purpose related to our credit transaction.

I/We hereby certify that the enclosed information plus any attachments or exhibits are valid and correct to the best of my/our knowledge.

I/We hereby acknowledge that all loan approvals will be in writing and subject to the terms and conditions set forth in a commitment letter signed by an officer of Cross River Bank.

I/We will re-execute any document or instrument signed in connection with the loan by Cross River Bank, and will execute any document or instrument that should have been signed at or before the closing of the loan, or which was incorrectly drafted and/or signed.

I/We will deliver any document or instrument requested by Cross River Bank after the closing of the subject loan, including any tax returns, financial statements, certificates or any other information requested by Cross River Bank.

Signature _DocuSigned by: Connie Stewart 5A336077632F45B..._   Date _5/5/2020_



SB/A  U.S. Small Business
Administration

**NOTE**

| | |
|---|---|
| SBA Loan# | ███7309 |
| SBA Loan Name | Three Bea's Assisted Living |
| Date | 04/30/2020 |
| Loan Amount | 1706117 |
| Interest Rate | 1% per annum |
| Borrower | CONNIE STEWART |
| Operating Company | Three Bea's Assisted Living |
| Lender | Cross River Bank |

1.   PROMISE TO PAY:

In return for the Loan, Borrower promises to pay to the order of Lender the amount of
one million, seven hundred six thousand, one hundred seventeen

Dollars, interest on the unpaid principal balance, and all other amounts required by this Note.

2.   DEFINITIONS:

"Collateral" means any property taken as security for payment of this Note or any guarantee of this Note.

"Guarantor" means each person or entity that signs a guarantee of payment of this Note.

"Loan" means the loan evidenced by this Note.

"Loan documents" means the documents related to this loan signed by Borrower, any Guarantor, or anyone who pledges collateral.

"SBA" means the Small Business Administration, an Agency of the United States of America.

3.   PAYMENT TERMS:
   Borrower must make all payments at the place Lender designates. The payment terms for this Note are: Borrower will pay this loan in accordance with the following payment schedule, which calculates interest on the unpaid principal balances in the "Interest Calculation Method" paragraph using the interest rates described in this paragraph:

Six (6) months principal and interest deferral for the beginning one month from the date of initial disbursement with interest calculated on the unpaid principal balances using the interest rate described below; Eighteen (18) monthly consecutive principal and interest payments, beginning seven months from the date of initial disbursement, with interest calculated on the unpaid principal balances using the interest rate described below. The final payment will be for all principal and accrued interest not yet paid, together with any other unpaid amounts under this Note.  Unless otherwise agreed or required by applicable law, payments will be applied first to any accrued unpaid interest; then to principal; and then to any late charges.

The interest rate on this Note is fixed at the rate of 1.00% per annum.

The interest rate on this Note is computed on a 365/365 basis, that is, by applying the ratio of the interest rate over the number of days in a year (365 for all years, including leap years), multiplied by the outstanding principal balance, multiplied by the actual number of days the principal balance is outstanding. All interest payable under this Note is computed using this method.

Receipt of payments must be made in U.S. dollars and must be received by Lender at:

Cross River Bank
400 Kelby Street, 14th Floor
Fort Lee, NJ 07024
Attention: Loan Servicing Department

Lender may modify these payment instructions, including changing the address for the payments, by providing updated payment instructions to the Borrower in writing. If a payment is made consistent with Lender's payment instructions but received after 3:00 PM EST on a business day, Lender will credit the Borrower's payment on the next business day.

No Prepayment Penalties are to apply.

Late Charge: If a payment is 10 days or more late, Borrower will be charged 5.000% of the unpaid portion of the regularly scheduled payment or $10.00, whichever is greater. This late charge shall be paid to Lender by Borrower for purpose of defraying the expense incident to the handling of the delinquent payment.

SBA Provision: When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. Lender or SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any clam of SBA, or preempt federal law.



SBA Form 147 (06/03/02) Version 4.1

2 of 6

4.   DEFAULT:

Borrower is in default under this Note if Borrower does not make a payment when due under this Note, or if Borrower or Operating Company:

A.   Fails to do anything required by this Note and other Loan Documents;

B.   Defaults on any other loan with Lender;

C.   Does not preserve, or account to Lender's satisfaction for, any of the Collateral or its proceeds;

D.   Does not disclose, or anyone acting on their behalf does not disclose, any material fact to Lender or SBA;

E.   Makes, or anyone acting on their behalf makes, a materially false or misleading representation to Lender or SBA;

F.   Defaults on any loan or agreement with another creditor, if Lender believes the default may materially affect Borrower's ability to pay this Note;

G.   Fails to pay any taxes when due;

H.   Becomes the subject of a proceeding under any bankruptcy or insolvency law;

I.   Has a receiver or liquidator appointed for any part of their business or property;

J.   Makes an assignment for the benefit of creditors;

K.   Has any adverse change in financial condition or business operation that Lender believes may materially affect Borrower's ability to pay this Note;

L.   Reorganizes, merges, consolidates, or otherwise changes ownership or business structure without Lender's prior written consent; or

M.   Becomes the subject of a civil or criminal action that Lender believes may materially affect Borrower's ability to pay this Note.


5.   LENDER'S RIGHTS IF THERE IS A DEFAULT:

Without notice or demand and without giving up any of its rights, Lender may:

A.   Require immediate payment of all amounts owing under this Note;

B.   Collect all amounts owing from any Borrower or Guarantor;

C.   File suit and obtain judgment;

D.   Take possession of any Collateral; or

E.   Sell, lease, or otherwise dispose of, any Collateral at public or private sale, with or without advertisement.


6.   LENDER'S GENERAL POWERS:



SBA Form 147 (06/03/02) Version 4.1

3 of 6

DocuSign Envelope ID: 2E831C31-F510-443A-A2EA-EDZA8C9F8B8C

Without notice and without Borrower's consent, Lender may:

A.   Bid on or buy the Collateral at its sale or the sale of another lienholder, at any price it chooses;

B.   Incur expenses to collect amounts due under this Note, enforce the terms of this Note or any other Loan Document, and preserve or dispose of the Collateral. Among other things, the expenses may include payments for property taxes, prior liens, insurance, appraisals, environmental remediation costs, and reasonable attorney's fees and costs. If Lender incurs such expenses, it may demand immediate repayment from Borrower or add the expenses to the principal balance;

C.   Release anyone obligated to pay this Note;

D.   Compromise, release, renew, extend or substitute any of the Collateral; and

E.   Take any action necessary to protect the Collateral or collect amounts owing on this Note.

7.   WHEN FEDERAL LAW APPLIES:

When SBA is the holder, this Note will be interpreted and enforced under federal law, including SBA regulations. Lender or SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Note, Borrower may not claim or assert against SBA any local or state law to deny any obligation, defeat any claim of SBA, or preempt federal law.

8.   SUCCESSORS AND ASSIGNS:

Under this Note, Borrower and Operating Company include the successors of each, and Lender includes its successors and assigns.

9.   GENERAL PROVISIONS:

A.   All individuals and entities signing this Note are jointly and severally liable.

B.   Borrower waives all suretyship defenses.

C.   Borrower must sign all documents necessary at any time to comply with the Loan Documents and to enable Lender to acquire, perfect, or maintain Lender's liens on Collateral.

D.   Lender may exercise any of its rights separately or together, as many times and in any order it chooses. Lender may delay or forgo enforcing any of its rights without giving up any of them.

E.   Borrower may not use an oral statement of Lender or SBA to contradict or alter the written terms of this Note.

F.   If any part of this Note is unenforceable, all other parts remain in effect.

G.   To the extent allowed by law, Borrower waives all demands and notices in connection with this Note, including presentment, demand, protest, and notice of dishonor. Borrower also waives any defenses based upon any claim that Lender did not obtain any guarantee; did not obtain, perfect, or maintain a lien upon Collateral; impaired Collateral; or did not obtain the fair market value of Collateral at a sale.



10.  STATE-SPECIFIC PROVISIONS:

N/A

BORROWER'S NAME(S) AND SIGNATURE(S):

By signing below, each individual or entity becomes obligated under this Note as Borrower.

Three Bea's Assisted Living

By: *Connie Stewart* , Borrower

Name: CONNIE STEWART

Title: