# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CROSS RIVER BANK,

                    Plaintiff,

   v.

3 BEA'S ASSISTED LIVING LLC, a
Maryland Limited Liability Company, a/k/a
THREE BEA'S ASSISTED LIVING
CONNIE STEWART, and
DAVID STEWART

                 Defendants.

Case No.   8:21-cv-03210-TJS

## APPENDIX OF EXHIBITS ATTACHED TO AFFIDAVIT OF COUNSEL IN SUPPORT OF CROSS RIVER BANK'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Cross River Bank's Amended Complaint............................................................Exhibit 1

Defendant 3 Bea's Assisted Living, LLC
and Connie Stewart's Answer to Amended Complaint  ....................................................Exhibit 2

Defendants Connie Stewart's and 3 Bea's Assisted Living, LLC's
Answers to Cross River Bank's Interrogatories  ..............................................................Exhibit 3

Notice of Subpoena to Produce Documents, Information Or Objects
To Be Served on Bank of America, NA ("Subpoena") and Relevant Bank Records
Produced By Bank of America Pursuant to the Subpoena  ................................................Exhibit 4

Deed for the Brandywine, Maryland Property dated
September 25, 2020 and related purchase documents  ......................................................Exhibit 5

Grant Deed for the Brandywine, Maryland Property dated December 4, 2020  ...............Exhibit 6

Grant Deed for the Brandywine, Maryland Property dated August 30, 2021  ..................Exhibit 7

Diane's Plea, Cure Cancer Foundation Inc. Entity Status Report  ....................................Exhibit 8

Additional Relevant Bank Records Produced by Bank of America
Pursuant to the Subpoena  ................................................................................................Exhibit 9

Three Bea's Incorporated Entity Status Report and Formation Document  ....................Exhibit 10