# EXHIBIT 5

Celebrate Settlement Services, LLC
File No. CS20-130CEL
Tax ID #
Title Insurer: FNTIC

```
Prince George's Cty Cir Crt
IMP FD SURE        $40.00
RECORDING FEE      $20.00
TR TAX STATE    $1,872.50
TOTAL           $1,932.50
ME   CN
Oct 14, 2020      09:18 am
```

**This Deed**, made this 25th day of September, 2020, by and between Samantha R. Minor, party of the first part, Grantor; and Connie Stewart, party of the second part, Grantee.

Prince George's County, MD
Approved by   EMM   10/13/2020
Recordation Tax Paid   $4,119.50
Transfer Tax Paid      $10,486.00

- **Witnesseth** -

**That for and in consideration** of the sum of Seven Hundred Forty-Nine Thousand And 00/100 Dollars ($749,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt whereof is hereby acknowledged, the said Grantor does grant and convey to the said Connie Stewart, as sole owner, in fee simple, all that lot of ground situate in the County of Prince George's, State of Maryland and described as follows, that is to say:

> All that lot of ground situate in the County of Prince George's, State of Maryland and described as follows, that is to say:
>
> Being known and designated as Lot 9 as shown on a plat entitled "Plat of Correction Plat One Lots 1, 2, 9, 10 & 11 Erik's Ridge" as per Plat thereof recorded in Plat Book REP 215 at Plat 33 among the Land Records of Prince George's County, Maryland.
>
> By deed dated April 29, 2020 and recorded May 14, 2000 among the Land Records of Prince George's County, Maryland in Liber April 29, 2020 at Folio May 14, 2020.

**Together** with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Connie Stewart, as sole owner, in fee simple.

**And** the said party y of the first part hereby covenants that he/she has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that he/she will warrant specially the property hereby granted; and that he/she will execute such further assurances of the same as may be requisite.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 44225, p. 0314, MSA_CE64_44534. Date available 10/16/2020. Printed 03/03/2022.

**As Witness** the hand and seal of said Grantor, the day and year first above written.

WITNESS:

_Samantha R. Minor_ {Seal}
Samantha R. Minor

STATE OF MARYLAND, COUNTY OF PRINCE GEORGE'S, to wit:

I hereby certify that on this 25th day of September, 2020, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Samantha R. Minor, the Grantor herein, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing Deed to be her act, and in my presence signed and sealed the same, giving oath under penalties of perjury that the consideration recited herein is correct.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public
My commission expires: 9/16/2023

AFTER RECORDING, PLEASE RETURN TO:
Passport Title Services, LLC

A. VENESSA WHITE
Notary Public-Maryland
Montgomery County
My Commission Expires
September 20, 2023

THIS IS TO CERTIFY that the within Deed was prepared under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Attorney

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) MEA 44225, p. 0315, MSA_CE64_44534. Date available 10/16/2020. Printed 03/03/2022.

THIS IS TO CERTIFY that the within Deed was prepared under the supervision of the undersigned, as Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Lindsay N. Warnes, Esquire

| MARYLAND FORM WH-AR | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | 2020 |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor _____ Samantha R. Minor

**2.** Description of Property (Street address. If no address is available, include county, district, subdistrict and lot numbers).

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Brandywine, MD ▮▮▮▮

**3. Reasons for Exemption**

Resident Status [✓] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

[ ] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

Principal Residence [ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

Witness _____

Samantha R. Minor    09/24/2020
Name                  **Date

_Samantha Minor_ (signature)
Signature

**3b. Entity Transferors**

Witness/Attest _____

Name of Entity _____

By _____

Name _____ **Date

Title _____

** Form must be dated to be valid.

Note: Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

To the Clerk of the Court: Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

20-49

## AFFIDAVIT OF GRANTEE AS
## FIRST-TIME MARYLAND HOME BUYER

The undersigned states under oath and penalties of perjury that the following is true to the best of the knowledge, information, and belief of each individual:

1. The undersigned is the Grantee of residentially improved real property located at ▮▮▮ Brandywine, MD ▮▮▮ and being more particularly described as Tax ID Number ▮▮▮, Prince George's County, Maryland.

2. The undersigned is a first-time Maryland home buyer (defined as an individual who has never owned in the state residential real property that has been the individual's principal place of residence) who will occupy the property as Grantee's principal residence.

_Connie B. Stewart_
**Connie Stewart**                                Grantee

The above oath or affirmation was given under the penalties of perjury before me, a Notary Public in and for the State of Maryland, County of Prince George's, this 25th day of September, 2020.

_/s/_
Notary Public
My Commission Expires: _12/14/2023_

ALICIA A. SANDERS
Notary Public - State of Maryland
Prince George's County
My Commission Expires Dec 14, 2023

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City ☒ County: Prince George's

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

### 1. Type(s) of Instruments
( ☐ Check Box if addendum Intake Form is Attached.)
- [X] Deed
- [ ] Deed of Trust
- [ ] Mortgage
- [ ] Lease
- [ ] Other _____
- [ ] Other _____

### 2. Conveyance Type Check Box
- [X] Improved Sale Arms-Length [1]
- [ ] Unimproved Sale Arms-Length [2]
- [ ] Multiple Accounts Arms-Length [3]
- [ ] Not an Arms-Length Sale [9]

### 3. Tax Exemptions (if applicable) Cite or Explain Authority
- Recordation:
- State Transfer: First Time Maryland Homebuyer
- County Transfer:

### 4. Consideration and Tax Calculations

| Consideration Amount | | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|---|
| Purchase Price/Consideration | $ | 749,000.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | | X ( )% = | $ |
| Balance of Existing Mortgage | $ | | Less Exemption Amount – | $ |
| Other: | $ | | Total Transfer Tax – | $ |
| Other: | $ | | Recordation Tax Consideration | $ |
| | | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | | **TOTAL DUE** | $ |

### 5. Fees

| Amount of Fees | Doc. 1 | Doc. 2 |
|---|---|---|
| Recording Charge | $ 20.00 | $ |
| Surcharge | $ 40.00 | $ |
| State Recordation Tax | $ 4,119.50 | $ |
| State Transfer Tax | $ 1,872.50 | $ |
| County Transfer Tax | $ 10,486.00 | $ |
| Other | $ | $ |
| Other | $ | $ |

Agent:
Tax Bill:
C.B. Credit:
Ag. Tax/Other:

### 6. Description of Property
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| 04 | [redacted] | | | | |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| | | | | | |

Location/Address of Property Being Conveyed (2): [redacted] Brandywine, MD [redacted]

Other Property Identifiers (if applicable):
Water Meter Account No.:

Residential [X] or Non-Residential [ ]   Fee Simple [X] or Ground Rent [ ]   Amount: N/A
Partial Conveyance? [ ] Yes [X] No   Description/Amt. of SqFt/Acreage Transferred: N/A
If Partial Conveyance, List Improvements Conveyed: N/A

### 7. Transferred From

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| Samantha R. Minor | |

| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
|---|---|
| | |

### 8. Transferred To

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| Connie Stewart | |

New Owner's (Grantee) Mailing Address: [redacted] Brandywine, MD [redacted]

### 9. Other Names to Be Indexed

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| | |

### 10. Contact/Mail Information

Instrument Submitted By or Contact Person
- Name: Jamie Sernier
- Firm: Celebrate Settlement Services, LLC
- Address: [redacted]
- Greenbelt, MD [redacted]
- Phone: ( )

[X] Return to Contact Person
[ ] Hold for Pickup
[ ] Return Address Provided

### 11. IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

**Assessment Information**
- [X] Yes [ ] No  Will the property being conveyed be the grantee's principal residence?
- [ ] Yes [X] No  Does transfer include personal property? If yes, identify:
- [X] Yes [ ] No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

---

Assessment Use Only – Do Not Write Below This Line

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | | Assigned Property No.: |

| | Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|---|
| Land | | | | Zoning | Grid | Plat | Lot |
| Buildings | | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution: ☐ Clerk's Office  ☐ SDAT  AOC-CC-300 (5/2007)
☐ Office of Finance  ☐ Preparer

CS20-130CEL