# EXHIBIT 6

BOOK: 45043 PAGE: 179

**RECORDING REQUESTED BY:**

Connie Stewart

**AND WHEN RECORDED MAIL COPY AND TAX STATEMENTS TO:**

Burton Sherbert/ David Stewart

St. Leonard, Maryland

```
LR - Deed (No-Taxes)
Recording Fee      20.00
Name: SHERBERT/STEWART
Ref:
LR - Deed (No-Taxes)
Surcharge          40.00
================================
SubTotal:          60.00
================================
Total:             60.00
03/03/2021   02:28
                   CC16-PP
#14604079 CC0703 -
Prince George's
```

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

TITLE ORDER No.

APN No. 3797800

# GRANT DEED

**DOCUMENT TRANSFER TAX: $60.00**

_____          _____
(Signature of Declarant or Agent determining tax)        (Agent's Title & Organization Name)

Transfer tax computed on the consideration or value of property conveyed; OR Computed on the consideration or value less liens or encumbrances remaining at time of sale.

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, the Grantor(s), Connie Stewart, grants, conveys and transfers to the Grantee(s), Burton Sherbert/ David Stewart, an unmarried man, the following described real property in the City of Brandywine, County of Prince George's located in the State of Maryland.

The property is located at

Brandywine, Maryland

and has the following legal description:

This house sits off of the road on a little over 3 acres of land. it has about 5 bedrooms with a finished basement. There is no mortgage on this property. The deed is free and clear.

_Connie Stewart_                    12/04/20
(Connie Stewart Signature)          (Date Signed)

LOT: 9   BLK:   SEC: PAR;  LAND AR: 3.020 LE; A
SUB: ERIKS RIDGE - PLAT 1

_[signature]_ /David Stewart Jr.     12/4/2020
( Burton Sherbert/ David Stewart Signature)     (Date Signed)

THIS DEED WAS PREPARED BY: BURTON S. SHERBERT
_[signature]_
3/2/21

**STATE OF MARYLAND**
**COUNTY OF PRINCE GEORGE'S**

On **04 December 2020**, before me, **Latracia Gaddy Lightfoot**, (Notary) personally appeared Connie Stewart and Burton Sherbert/ David Stewart, who proved to me on the basis of satisfactory evidence to the be person(s) whose name(s) is/are subscribed to the within written instrument and acknowledged to me that [he/she/they] executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY in accordance with the laws of the State of Maryland that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

_(Notary Signature)_

**12/04/2020**
(Date Notarized)

My Commission Expires: _____

> LATRACIA GADDY LIGHTFOOT
> Notary Public-Maryland
> Prince George's County
> My Commission Expires
> November 02, 2021

BOOK: 45043 PAGE: 181



PRINCE GEORGE'S COUNTY, MD
APPROVED BY: #
DATE: 1/28/2021
$ N/A RECORDATION TAX PAID
$ N/A TRANSFER TAX PAID



Office of Finance, Treasury Division
No Consideration Deed Affidavit

Tax Identification No(s): [redacted]

**Section 1:** Relationship of Parties (Please initial all that apply)

I/We certify under the penalties of perjury, that the following are accurate responses regarding the transfer we are offering for record on this date.

County Code 10-187(b)(1)

_____ Spousal Transfer (Exempt from County Transfer and State Recordation Taxes) Tax property Article 12-108(c)(1)

Name_____ Name_____
   Spouse                           Spouse

_____ Parent/Child Transfer (Exempt from State Recordation Tax) Tax Property Article 12-108(c)(2)(3)(4)(5)(7)

Name(s) Connie Stewart
   Parent
Name(s) Burton Sherbert   David Stewart, Jr.
   Child                     Child

_____ Sibling Transfer (Exempt from State Recordation Tax)(Specify Relationship) Tax Property Article 12-108(c)(6)

Name(s) _____ _____
   Sibling                           Sibling

_____ Other family relationships -- No relationship (No exemptions apply on outstanding mortgage balance) Please cite a code if you are claiming an exemptions _____

Name(s) _____ _____
   Name                              Relationship

_____ _____
   Name                              Relationship

**Section 2:** Outstanding Mortgage Balance(s)

I/we certify under the penalties of perjury that the following are accurate responses regarding all the unpaid principal mortgage balances currently encumbering the above referenced property

| Liber/Folio | Original Loan Amount | Unpaid PRINCIPAL Mort Balance |
|---|---|---|
| | | -0- |
| | | |
| | | |
| | | |

I/we understand that if I/we fail to truthfully answer or provide information to avoid collection of County Transfer and State Recordation Tax, I/we may be found guilty of a misdemeanor and, on conviction, may be subject to a fine not exceeding $5,000.00 or imprisonment not exceeding eighteen (18) months or both; and I/we authorize Prince Georges County to take the appropriate steps necessary to confirm and verify the information made on this affidavit.

_Connie B. Stewart_                         _____
Signature of Grantor                         Signature of Grantor

In the State of Maryland, at the County/City of Prince George's.

I HEREBY CERTIFY, on this 22nd day of January, 2021, before me, the subscriber, a Notary Public, in and for said State and County/City, personally appeared, Connie B. Stewart, known to me to be, (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within affidavit, and acknowledged that he/she/they executed the same for the purposes therein contained, and further acknowledge the information therein is correct, and in my presence signed and sealed the same.

LATRACIA GADDY
Notary Public - Maryland
Prince George's County
My Commission Expires November 02, 2021

My Commission Expires: _____

_Notary Signature_

Rev 02/16 (This form may be copied but not altered)