# EXHIBIT 7

**RECORDING REQUESTED BY:**

Burton Sherbert /David Stewart, jr

**AND WHEN RECORDED MAIL COPY AND TAX STATEMENTS TO:**

Burton Sherbert/ David Stewart

```
LR - Deed (No-Taxes)
Recording Fee      20.00
Name: STEWART
JR/SHERBERT
Ref:
LR - Deed (No-Taxes)
Surcharge          40.00

SubTotal:          60.00

Total:             60.00
11/10/2021  11:29
                  CC16-PP
#15614854 CC0703 -
Prince Georges
County-Circuit Ct
Register 01
```

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

TITLE ORDER No.    APN No.    7800

# GRANT DEED

**DOCUMENT TRANSFER TAX: $60.00**

_____    _____
(Signature of Declarant or Agent determining tax)    (Agent's Title & Organization Name)

*Transfer tax computed on the consideration or value of property conveyed; OR Computed on the consideration or value less liens or encumbrances remaining at time of sale.*

**FOR A VALUABLE CONSIDERATION**, receipt of which is hereby acknowledged, the Grantor(s), Burton Sherbert, and David Stewart, jr. grants, conveys and transfers to the Grantee(s), David Stewart, jr/ Connie B. Stewart, a married woman; (David Stewart, jr. will remain on the deed), the following described real property in the City of Brandywine, County of Prince George's located in the State of Maryland.

The property is located at

Brandywine, Maryland

and has the following legal description:

This house sits off of the road on a little over 3 acres of land. It has about 5 bedrooms with a finished basement. There is no mortgage on this property. The deed is free and clear. Lot:9 BLK: SEC: PAR: LANDAR: 3.020 LI: A SUB: ERIKS RIDGE-PLAT 1

_[signature]_ /David Stewart, jr.    8/30/2021
( Burton Sherbert/David Stewart, jr. Signature)    (Date Signed)

THis DEED WAS PREPARED by
BURTON S. SHERBERT

_[signature]_   8/30/2021
Burton S. SHERBERT

**STATE OF MARYLAND**
**COUNTY OF PRINCE GEORGE'S**

On 30 August 2021, before me, LaTracia Gaddy Lightfoot, (Notary) personally appeared Burton Sherbert and David Stewart/ Connie Stewart, who proved to me on the basis of satisfactory evidence to the be person(s) whose name(s) is/are subscribed to the within written instrument and acknowledged to me that [he/she/they] executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY in accordance with the laws of the State of Maryland that the foregoing paragraph is true and correct.

*WITNESS* my hand and official seal.

_____
(Notary Signature)

August 30, 2021
(Date Notarized)

My Commission Expires:

LATRACIA GADDY LIGHTFOOT
Notary Public-Maryland
Prince George's County
My Commission Expires
November 02, 2021

BOOK: 46553  PAGE: 414

PRINCE GEORGE'S COUNTY, MD
APPROVED BY: # _____
DATE: 11-10-2_

$ _____ RECORDATION TAX PAID
$ _____ TRANSFER TAX PAID

Office of Finance, Treasury Division
No Consideration Deed Affidavit

Tax Identification No(s): _____

**Section 1:** Relationship of Parties (Please initial all that apply)

I/We certify under the penalties of perjury, that the following are accurate responses regarding the transfer we are offering for record on this date.

County Code 10-187(b)(1)
_____ Spousal Transfer (Exempt from County Transfer and State Recordation Taxes) Tax property Article 12-108(c)(1)

Name _____  Name _____
        Spouse                                              Spouse

✓ Parent/Child Transfer (Exempt from State Recordation Tax) Tax Property Article 12-108(c)(2)(3)(4)(5)(7)

Name(s) Connie Stewart  (Parent)     Burton Shelton (Parent)
Name(s) David Stewart, Jr. (Child)    Burton Shelton (Child)

_____ Sibling Transfer (Exempt from State Recordation Tax)(Specify Relationship) Tax Property Article 12-...

Name(s) _____  _____
        Sibling                                             Sibling

_____ Other family relationships – No relationship (No exemptions apply on outstanding mortgage balance)
Please cite a code if you are claiming an exemption) _____

Name(s) _____  _____
        Name                                              Relationship

        _____  _____
        Name                                              Relationship

**Section 2:** Outstanding Mortgage Balance(s)

I/we certify under the penalties of perjury that the following are accurate responses regarding all the unpaid principal mortgage balances currently encumbering the above referenced property

| Liber/Folio | Original Loan Amount | Unpaid PRINCIPAL Mort Balance |
|---|---|---|
| | ∅ | ∅ |

I/we understand that if I/we fail to truthfully answer or provide information to avoid collection of County Transfer and State Recordation Tax, I/we may be found guilty of a misdemeanor and, on conviction, may be subject to a fine not exceeding $5,000.00 or imprisonment not exceeding eighteen (18) months or both; and I/we authorize Prince Georges County to take the appropriate steps necessary to confirm and verify the information made in this affidavit.

Signature of Grantor: David T. Stewart, Jr.
                      David T. Stewart Jr.

In the State of Maryland, at the County/City of Prince Frederick / Calvert

I HEREBY CERTIFY, on this __9__ day of __November__, 20_21_, before me, the subscriber, a Notary Public, in and for said State and County/City, personally appeared, _Mr. Burton Shelton & David Stewart Jr._, known to me to be, (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within affidavit, and acknowledged that he/she/they executed that same for the purposes therein contained, and further acknowledge the information therein is correct, and in my presence signed and sealed the same.

My Commission Expires: _10_ / _25_ / _2025_

Notary Public Signature

Rev 02/16 (This form may be copied but not altered)



Jae L. Mackall
NOTARY PUBLIC
Calvert County
State of Maryland
My Commission Expires
October 7, 2025