# EXHIBIT 8

# DIANE'S PLEA, CURE CANCER FOUNDATION INC: 6546

| | |
|---|---|
| Department ID Number: | 6546 |
| Business Name: | DIANE'S PLEA, CURE CANCER FOUNDATION INC |
| Principal Office: | ST. LEONARD MD |
| Resident Agent: | CONNIE B. STEWART<br>ST. LEONARD MD |
| Status: | INCORPORATED |
| Good Standing: | THIS BUSINESS IS NOT IN GOOD STANDING |
| Reason(s) Entity is NOT in Good Standing: | Annual Report Due For 2022 |
| Business Type: | CORPORATION |
| Business Code: | 04 ORDINARY BUSINESS - NON-STOCK |
| Date of Formation/Registration: | 06/12/2019 |
| State of Formation: | MD |
| Stock Status: | NONSTOCK |
| Close Status: | NO |