# EXHIBIT  9



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

THREE BEA'S INCORPORATED
OPERATIONS ACCOUNT
███████████
SAINT LEONARD, MD ████████

Business Advantage
Relationship Rewards

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Business Advantage Checking
## Preferred Rewards for Bus Platinum Honors

for May 11, 2020 to May 31, 2020

THREE BEA'S INCORPORATED   **OPERATIONS ACCOUNT**

Account number: ████████ 9366

### Account summary

| | | |
|---|---:|---|
| Beginning balance on May 11, 2020 | $0.00 | # of deposits/credits: 1 |
| Deposits and other credits | 241,555.23 | # of withdrawals/debits: 3 |
| Withdrawals and other debits | -95.97 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 21 |
| Service fees | -114.30 | Average ledger balance: $241,436.02 |
| **Ending balance on May 31, 2020** | **$241,344.96** | [1]Includes checks paid,deposited items&other debits |

███████████████████████████

**BUSINESS ADVANTAGE**

## Get a 360° view of your business finances

Business Advantage 360 gives you the power to manage your business finances from
a single dashboard. Available through Online and Mobile Banking[1] at no cost to you.

**To learn more, visit bankofamerica.com/BusinessAdvantage360.**

[1]You must be enrolled in Online Banking or Mobile Banking to use the Business Advantage 360 tool and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.   SSM-01-20-2732.B | 2924763

THREE BEA'S INCORPORATED   |   Account # ███ 9366   |   May 11, 2020 to May 31, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

 Bank of America, N.A. Member FDIC and   Equal Housing Lender

 **BANK OF AMERICA**

**Your checking account**

THREE BEA'S INCORPORATED   |   Account #░░░░░9366   |   May 11, 2020 to May 31, 2020

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/11/20 | MD TLR transfer | 241,555.23 |
| **Total deposits and other credits** | | **$241,555.23** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| Card account # XXXX XXXX XXXX 0448 | | |
| 05/18/20 | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | -71.56 |
| 05/22/20 | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | -24.41 |
| **Subtotal for card account # XXXX XXXX XXXX 0448** | | **-$95.97** |
| **Total withdrawals and other debits** | | **-$95.97** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 05/21/20 | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | -114.30 |
| **Total service fees** | | **-$114.30** |



Your
Digital
Tip



BUSINESS ADVANTAGE

## Need bills and coins? Get the latest app update.

Order all the denominations you need using our Mobile Banking app.[1] Get the latest updates and access your accounts wherever you have a mobile connection.

Download the app today from your app store or visit **bankofamerica.com/GoMobile**.

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-19-0030.8 | 2846838



P.O. Box 15284
Wilmington, DE 19850

THREE BEA'S INCORPORATED
EXPENSE ACCOUNT

SAINT LEONARD, MD

**Business Advantage**
Relationship Rewards

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

△ Please see the **Important Messages – Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Checking
# Preferred Rewards for Bus Platinum Honors

for May 11, 2020 to May 31, 2020

Account number: 9379

**THREE BEA'S INCORPORATED    EXPENSE ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on May 11, 2020 | $0.00 |
| Deposits and other credits | 150,000.00 |
| Withdrawals and other debits | -13,220.07 |
| Checks | -0.00 |
| Service fees | -30.00 |
| **Ending balance on May 31, 2020** | **$136,749.93** |

# of deposits/credits: 1

# of withdrawals/debits: 5

# of items-previous cycle[1]: 0

# of days in cycle: 21

Average ledger balance: $147,226.43

[1]Includes checks paid,deposited items&other debits

---

**BUSINESS ADVANTAGE**

## Get a 360° view of your business finances

Business Advantage 360 gives you the power to manage your business finances from
a single dashboard. Available through Online and Mobile Banking[1] at no cost to you.

**To learn more, visit bankofamerica.com/BusinessAdvantage360.**

[1] You must be enrolled in Online Banking or Mobile Banking to use the Business Advantage 360 tool and have an eligible Bank of America® small business deposit account. Mobile
Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.          SSM-01-20-2732.B | 2924763

---

THREE BEA'S INCORPORATED   |   Account # ███████ 9379   |   May 11, 2020 to May 31, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

 **Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

**BANK OF AMERICA**

**Your checking account**

THREE BEA'S INCORPORATED  |  Account #█████9379  |  May 11, 2020 to May 31, 2020

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/11/20 | Deposit | 150,000.00 |
| **Total deposits and other credits** | | **$150,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/13/20 | | -193.70 |
| 05/14/20 | | -609.45 |
| 05/14/20 | | -416.92 |
| 05/29/20 | | -12,000.00 |
| **Total withdrawals and other debits** | | **-$13,220.07** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/29/20 | | -30.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



**Your Digital Tip**



BUSINESS ADVANTAGE

## Need bills and coins? Get the latest app update.

Order all the denominations you need using our Mobile Banking app.[1] Get the latest updates and access your accounts wherever you have a mobile connection.

Download the app today from your app store or visit **bankofamerica.com/GoMobile**

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-19-0030.B | 2846838

**BANK OF AMERICA** 

P.O. Box 15284
Wilmington, DE 19850

<div>

**Business Advantage
Relationship Rewards**

**Customer service information**

☎ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

</div>

THREE BEA'S INCORPORATED

SAINT LEONARD, MD

🔔 | Please see the **Important Messages – Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for May 11, 2020 to May 31, 2020

Account number: ███████ 3268

**THREE BEA'S INCORPORATED**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 11, 2020 | $0.00 | # of deposits/credits: 2 |
| Deposits and other credits | 750,031.42 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of days in cycle: 21 |
| Service fees | -0.00 | Average ledger balance: $750,001.49 |
| **Ending balance on May 31, 2020** | **$750,031.42** | Average collected balance: $726,191.97 |

**BUSINESS ADVANTAGE**

## Get a 360° view of your business finances

Business Advantage 360 gives you the power to manage your business finances from
a single dashboard. Available through Online and Mobile Banking[1] at no cost to you.

**To learn more, visit bankofamerica.com/BusinessAdvantage360.**

[1] You must be enrolled in Online Banking or Mobile Banking to use the Business Advantage 360 tool and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.   SSM-01-20-2732.B | 2924763

THREE BEA'S INCORPORATED   |   Account # ▓▓▓▓3268   |   May 11, 2020 to May 31, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**BANK OF AMERICA**

# Your savings account

THREE BEA'S INCORPORATED  |  Account #  ▮▮▮▮  3268  |  May 11, 2020 to May 31, 2020

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 05/11/20 | Counter Credit | 750,000.00 |
| 05/29/20 | Interest Earned | 31.42 |
| **Total deposits and other credits** | | **$750,031.42** |



BUSINESS ADVANTAGE

**Your Digital Tip**



# Need bills and coins? Get the latest app update.

Order all the denominations you need using our Mobile Banking app.[1] Get the latest updates and access your accounts wherever you have a mobile connection.

Download the app today from your app store or visit **bankofamerica.com/GoMobile.**

[1]Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-19-0030.B | 2846838

**BANK OF AMERICA** 

P.O. Box 15884
Wilmington, DE 19850

THREE BEA'S INCORPORATED

SAINT LEONARD, MD

Business Advantage
Relationship Rewards

**Customer service information**

📱  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Savings
# Preferred Rewards for Bus Platinum Honors

for September 1, 2020 to September 30, 2020                    Account number: ▮▮▮▮ 3268
**THREE BEA'S INCORPORATED**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on September 1, 2020 | $790,149.93 | # of deposits/credits: 1 |
| Deposits and other credits | 26.16 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -759,135.55 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $638,323.69 |
| **Ending balance on September 30, 2020** | **$31,040.54** | Average collected balance: $638,323.69 |

BUSINESS ADVANTAGE

When you're looking forward,
you've got Bank of America by your side.

In October, National Women's Small Business Month recognizes the contributions of more than
12 million women entrepreneurs. To read articles by experts and learn about our commitment
to women business owners, visit **bankofamerica.com/SBwomen**.

SSM-04-20-0384.B | 3057469

THREE BEA'S INCORPORATED | Account # ████ 3268 | September 1, 2020 to September 30, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**BANK OF AMERICA**

## Your savings account

THREE BEA'S INCORPORATED   |   Account # ▮▮▮3268   |   September 1, 2020 to September 30, 2020

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/20 | ▮▮▮▮▮▮▮▮▮▮▮▮ | 26.16 |
| **Total deposits and other credits** | | **$26.16** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/20 | WIRE TYPE:WIRE OUT DATE:200925 TIME:1254 ET TRN:▮▮▮▮▮▮9174 SERVICE REF▮▮▮▮ BNF:CELEBRATE SETTLEMENT SERVI ID:▮▮▮6063 BNF BK: UNITED BANK ID:▮▮▮4445 PMT DET:312373160 DANIELL E CLOSING | -759,135.55 |
| **Total withdrawals and other debits** | | **-$759,135.55** |

BANK OF AMERICA BUSINESS ADVANTAGE

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-09-19-0761.D1 | AR05T4RM

| | | | |
|---|---|---|---|
| Amount: | $750,000.00 | Sequence Number: | 7717 |
| Account: | 3268 | Capture Date: | 05/11/2020 |
| Bank Number: | | Check Number: | 0 |

**Bank of America**

**Counter Deposit** **CREDIT**
Depósito de contador

Name / Nombre **Three Fpa's**

Date / Fecha **5/11/2020**

SAVings

00-14-30745 04-2017 o-

Address / Dirección

Ciudad/Zip Code / Sint leard, MD

Telephone / Teléfono ( N.A

X

RUN HERE IF CASH RECEIVED FROM DEPOSIT / FIRMA AQUI SI RECIBES / ECTIVO

Cash Efectivo

Checks Cheques

Subtotal

Less Cash
Menos efectivo

Total Deposit $
Total de depósito $

3268

**75000.00**

5

Seq: Do not write in this area
Batch: 410595
Date: 05/11/20

Enter This Total On The Front Of This Ticket

10. 9. 8. 7. 6. 5. 4. 3. 2. 1.

Dollars

Seq:00117 05/11/20
BAT:410595 CC:3585018101
WT:01 LTPS:Jacksonville
BC:Prince Frederick BC MD4-731

Cents

05/11/2020 13:51 NMD TO0176 R540520134
Acct# ########3268 CC 5018101 Tlr 00003

Total Deposit To SAV $750,000.00
Credit Pending Posts on 05/11/2020
Available Now $0.00

IntRef 2236127TXM1VXT8FFF73FBOV

**Electronic Endorsements:**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/11/2020 | 7717 | | Rtn Loc/BOFD | Y | | Bank of America NA |



| Amount: | $250,000.00 | Sequence Number: | ███7720 |
|---|---|---|---|
| Account: | ███0983 | Capture Date: | 05/11/2020 |
| Bank Number: | ███ | Check Number: | 1151807632 |

**BANK OF AMERICA**　　**Cashier's Check**　　No. 1151807632

Void After 90 Days

Date 05/08/20 09:53:19 AM

PRINCE FREDERICK
0003    5018101    0018

Pay **BANK OF AMERICA**

**Two Hundred Fifty Thousand and 00/100 Dollars**

**\*\*$250,000.00\*\***

To The
Order Of    CONNIE STEWART

Remitter (Purchased By):  DIANE'S FLEA, CURE CANCER FOUNDATION INC

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

063544599

Seq: 120
Batch: 410595
Date: 05/11/20

Seq:00120 05/11/20
BAT:410595 CC:3585018101
WT:01 LTPS:Jacksonville
BC:Prince Frederick BC MD4-731

Credited To The Account Of
Bank of America, N.A.

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/11/2020 | ███7720 | ███ | Rtn Loc/BOFD | Y | | Bank of America NA |

| | | | |
|---|---|---|---|
| Amount: | $250,000.00 | Sequence Number: | 2476 |
| Account: | 0983 | Capture Date: | 05/08/2020 |
| Bank Number: | | Check Number: | 1151807632 |



Notice to Purchaser – In the event that this check is lost, mislaid or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

**Cashier's Check - CREDIT COPY**

Void After 90 Days

30-1/1140
NTX

No. 1151807632

Date 05/08/20 09:53:17 AM

PRINCE FREDERICK
0003    5018101    0018

Pay **BANK OF AMERICA**

**Two Hundred Fifty Thousand and 00/100 Dollars**

**$250,000.00**

To The
Order Of    **CONNIE STEWART**

Not-Negotiable
Credit Copy

Remiter (Purchased By):  DIANE'S PLEA, CURE CANCER FOUNDATION INC

Bank of America, N.A.
SAN ANTONIO, TX

0983

063544599

Seq: 143
Batch: 443009
Date: 05/08/20

Seq:00143 05/08/20
BAT:443009 CC:3585818181
WT:01 LTPS:Jacksonville
BC:Prince Frederick BC MD4-731

**Electronic Endorsements:**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/08/2020 | 2476 | | Rtn Loc/BOFD | Y | | Bank of America NA |



| Amount: | $250,000.00 | Sequence Number: | 2479 |
| Account: | 0791 | Capture Date: | 05/08/2020 |
| Bank Number: | | Check Number: | 0 |

**Bank of America**  Out of State Counter Withdrawal  **DEBIT**

1. **Verify** the customer name and account number on-line.
2. **Mark** the State Code for the domicile state/entity of the account.
3. **Write** the 2-digit number in the Proof Code box below.

PLEASE COMPLETE ALL INFORMATION
AND PRESENT IDENTIFICATION.

Date 5/8/2020

Name Diane's Plea, Cure Autism Foundation, INC

City/State/Zip Saint Leonard, MD

Telephone (   ) N/A

Not Negotiable - Withdrawals are permitted
only through payment to the depositor.

0791         $   250,000.00

TOTAL AMOUNT

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 05/08/2020 | 2479 | | Rtn Loc/BOFD | Y | | Bank of America NA |



Amount:      $250,000.00
Account:     ████0983
Bank Number: ██████

Sequence Number: ████7719
Capture Date:    05/11/2020
Check Number:    1151807633

**BANK OF AMERICA**        Cashier's Check        No. 1151807633

Void After 90 Days        Date 05/08/20 09:55 AM

PRINCE FREDERICK
0003   5018101   0019

Pay   **$250,000.00**

**Two Hundred Fifty Thousand and 00/100 Dollars**

To The
Order Of   CONNIE STEWART

Remiter (Purchased By):  DIANE'S PLEA, CURE CANCER FOUNDATION INC

Bank of America, N.A.
SAN ANTONIO, TX                    AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ☐ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

063544600

Seq: 119
Batch: 410595
Date: 05/11/20

Seq:00119 05/11/20
BAT:410595 CC:3585018101
WT:01 LTPS:Jacksonville
BC:Prince Frederick BC MD4-731

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 05/11/2020 | ████7719 | ████ | Rtn Loc/BOFD | Y | | Bank of America NA |

| | | | |
|---|---|---|---|
| Amount: | $250,000.00 | Sequence Number: | ████2478 |
| Account: | ████0983 | Capture Date: | 05/08/2020 |
| Bank Number: | ████████ | Check Number: | 1151807633 |

Notice to Purchaser – In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days

**Cashier's Check - CREDIT COPY**

No. 1151807633

**PRINCE FREDERICK**

Void After 90 Days

30-1/1140
NTX

Date 05/08/20 09:55:42 AM

0003 . 5018101    0019

Pay    **BANK OF AMERICA**

**Two Hundred Fifty Thousand and 00/100 Dollars**

**\*\*$250,000.00\*\***

To The
Order Of    **CONNIE STEWART**

Not-Negotiable
Credit Copy

Remitter (Purchased By): DIANE'S FLEA, CURE CANCER FOUNDATION INC

Bank of America, N.A.
SAN ANTONIO, TX

████████████████████ 0983

**063544600**

Seq: 145
Batch: 443009
Date: 05/08/20

Seq:00145 05/08/20
BAT:443009 CC:3585018101
WT:01 LTPS:Jacksonville
BC:Prince Frederick BC MD4-731

**Electronic Endorsements:**

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/08/2020 | ████2478 | ████████ | Rtn Loc/BOFD | Y | | Bank of America NA |



Amount: $250,000.00 Sequence Number: [redacted]2477

Account: [redacted]0791 Capture Date: 05/08/2020

Bank Number: [redacted] Check Number: 0

**Bank of America**

## Out of State Counter Withdrawal

**DEBIT**

1. Verify the customer name and account number on-line.
2. Mark the State Code for the domicile state/ entity of the account.
3. Write the 2-digit number in the Proof Code box below.

90 Customer Connection; 82 (AZ) Arizona; 36 (AR) Arkansas; 84 (CA) California; 76 (CT) Connecticut; 79 (FL) Florida; 58 (GA) Georgia; 86 (ID) Idaho; 32 (IL) Illinois; 31 (IN) Indiana; 33 (IA) Iowa; 35 (KS) Kansas; 88 (ME) Maine; 52 (MD) Maryland; 77 (MA) Mass.; 30 (MI) Michigan; 34 (MO) Missouri; 87 (NV) Nevada; 61 (NH) New Hampshire; 55 (NJ) New Jersey; 38 (NM) New Mexico; 81 (NY) New York; 56 (NC) North Carolina; 37 (OK) Oklahoma; 97 (OR) Oregon; 39 (PA) Pennsylvania; 89 (RI) Rhode Island; 57 (SC) South Carolina; 63 (TN) Tennessee; 74 (TX) Texas; 53 (VA) Virginia; 50 (DC) Washington DC; 99 (WA) Wash. State

*PLEASE COMPLETE ALL INFORMATION AND PRESENT IDENTIFICATION*

Date 5/8/2020

Name Diane's Plea Cure Cancer Foundation, INC

Not Negotiable - Withdrawals are permitted only through payments to the depositor.

Address [redacted]

City/State/Zip Saint Leonard, MD [redacted]

X (Customer Signature) Telephone ( ) N/A

Location/Store/Send # (For Business customers only) Proof Code Account Number

[redacted]0791 TOTAL AMOUNT $ 250000.00

08-14-6461B 04-2013

**For use by Business Support Units**

| | | | |
|---|---|---|---|
| AZ | 82 | 540860137 | (ck/sa) |
| AR | 36 | 540710135 | (ck/sa) |
| CA | 84 | 540930135 | (ck/sa) |
| CT | 76 | 540070134 | (ck/sa) |
| FL | 79 | 540590135 | (ck/sa) |
| GA | 58 | 540580132 | (ck/sa) |
| ID | 86 | 540820135 | (ck/sa) |
| IL | 32 | 540330133 | (ck/sa) |
| IN | 31 | 540360132 | (ck/sa) |
| IA | 33 | 540420137 | (ck/sa) |
| KS | 35 | 540480135 | (ck/sa) |
| ME | 88 | 540090130 | (ck/sa) |
| MD | 52 | 540520134 | (ck/sa) |
| MA | 77 | 540100130 | (ck/sa) |
| MI | 30 | 540350139 | (ck/sa) |
| MO | 34 | 540430130 | (ck/sa) |
| NV | 87 | 540880133 | (ck/sa) |
| NH | 61 | 540030132 | (ck/sa) |
| NJ | 55 | 540060131 | (ck/sa) |
| NM | 38 | 540850134 | (ck/sa) |
| NY | 81 | 540040135 | (ck/sa) |
| [illegible] | [illegible] | [illegible]560136 | (ck/sa) |
| [illegible] | [illegible] | [illegible] | (ck/sa) |
| OR | 97 | 540920132 | (ck/sa) |
| PA | 39 | 540120136 | (ck/sa) |
| RI | [illegible] | [illegible]37 | (ck/sa) |
| SC | [illegible] | [illegible] | (ck/sa) |
| TN | 63 | 540630134 | (ck/sa) |
| TX | 74 | 540740134 | (ck/sa) |
| VA | 53 | 540530137 | (ck/sa) |
| DC | 50 | 540500138 | (ck/sa) |
| WA | 99 | 540890136 | (ck/sa) |

Customer Connection CC 90 540900136

Seq:00144 05/08/20
BAT:443009 CC:3585018101
WT:01 LTPS:Jacksonville
BC:Prince Frederick BC MD4-731

Seq: 144
Batch: 443009
Date: 05/08/20

Tran 00018 05/08/2020 09:52
Entity MMD CC 5018101 Tlr 00003
Account [redacted]0791
R/T# 540520134
Official Check Sale $250,000.00
N DRL MD#############
N IMG INTERACT F2F AUTH

Electronic Endorsements:

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/08/2020 | [redacted]2477 | [redacted] | Rtn Loc/BOFD | Y | | Bank of America NA |

Amount:          $250,000.00            Sequence Number: ████ 1674

Account:         ████ 1599             Capture Date:    05/11/2020

Bank Number:     ████                   Check Number:    4152247718

We apologize; the item you have requested cannot be viewed.



We apologize; the item you have requested cannot be viewed.

