# EXHIBIT 10

# THREE BEA'S INCORPORATED: ███0393

**Department ID Number:**
███0393

**Business Name:**
THREE BEA'S INCORPORATED

**Principal Office:**
███
SAINT LEONARD MD ███

**Resident Agent:**
CONNIE BEATRICE STEWART
███
SAINT LEONARD MD ███

**Status:**
INCORPORATED

**Good Standing:**
THIS BUSINESS IS IN GOOD STANDING

**Business Type:**
CORPORATION

**Business Code:**
03 ORDINARY BUSINESS - STOCK

**Date of Formation/Registration:**
05/11/2020

**State of Formation:**
MD

**Stock Status:**
STOCK

**Close Status:**
YES

# ARTICLES OF INCORPORATION FOR A CLOSE CORPORATION

**FIRST:** The undersigned:
Connie B Stewart

whose address(es) is/are:
███████████, St. Leonard, MD, ███

being at least eighteen years of age, do(es) hereby form a corporation under the laws of the State of Maryland. The corporation shall be a close corporation.

**SECOND:** The name of the corporation is:
Three Bee's Incorporated (█████0393)

**THIRD:** The purpose(s) for which the corporation is formed is/are as follows:
Assisted Living

In order to operate in Maryland, will the registering entity require a business or industry license that is issued by the state or any other local agency? Yes

**FOURTH:** The street address of the principal office of the corporation in Maryland is:
███████████, Saint Leonard, MD, ███

**FIFTH:** The name(s) of the Resident Agent(s) of the corporation in Maryland is/are:
Connie Beatrice Stewart

whose address(es) is/are:
███████████, Saint Leonard, MD, ███

**SIXTH:** The corporation has authority to issue 1     shares at $ 0.000     par value per share.

**SEVENTH:** The corporation elects to have no board of directors. Until this election takes effect, the person(s) listed below will be the director(s):
Connie B Stewart

**EIGHTH:** IN WITNESS WHEREOF, I have signed these articles and acknowledge the same to be my act.
SIGNATURE(S) OF INCORPORATOR(S):
Connie B Stewart

**NINTH:** I hereby consent to my designation in this document as Resident Agent(s) for this corporation.
SIGNATURE OF RESIDENT AGENT(S) LISTED IN FIFTH:
Connie Beatrice Stewart

Filing party's name and return address:
Connie B Stewart, ███████████, Saint Leonard, MD, ███



MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION   CHANGING Maryland for the Better   301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395

SDAT02X.2