IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Cross River Bank, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 88:21-cv-03210 |
| | ) | |
| 3 Bea's Assisted Living, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through their attorneys signed below, and pursuant to Federal Rule of Civil Procedure 56, hereby oppose the Plaintiff's Motion for Summary Judgment. For the reasons stated in the Memorandum of Law filed in support of this Opposition, there are genuine disputes of material fact in this matter and Plaintiff is not entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request that this Honorable Court deny the Plaintiff's Motion for Summary Judgment and grant such other and further relief as this Honorable Court deems just and proper.

Respectfully Submitted,

MCNAMEE HOSEA, P.A.

By: */s/ Brent M. Ahalt*
Brent M. Ahalt
6411 Ivy Lane, Suite 200
Greenbelt, MD  20770
(301) 441-2420
(301) 982-9450 (fax)
bahalt@mhlawyers.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of January 2023, I electronically filed the foregoing Opposition to Motion for Summary Judgment with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Blake W. Frieman
Bean, Kinney & Korman, PC
2311 Wilson Blvd., Suite 500
Arlington, VA 22201
bfrieman@beankinney.com

Jonathan J. Lerner
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068
jlerner@starrgern.com

                                                */s/ Brent M. Ahalt*
                                                Brent M. Ahalt