IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CROSS RIVER BANK,     *

   Plaintiff,     *

                            *     Case No. TJS-21-3210

v.                              *

3 BEA'S ASSISTED LIVING LLC, *et al.*,    

                             *

   Defendants.

\*     \*     \*     \*     \*     \*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Motion for Reconsideration (ECF No. 57) filed by Defendants Three Bea's Assisted Living, LLC and Connie Stewart is **DENIED**.

Date: November 7, 2023                        /s/
                                                         Timothy J. Sullivan
                                                         Chief United States Magistrate Judge