UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CROSS RIVER BAND** | * | |
|     **Plaintiff** | | |
| V. | * | Cv. No.  21-CV-3210-TJ3 |
| **3 BEA'S ASSISTED LIVING, LLC,** *ET AL.* | * | |
|     **Defendants** | * | |
| | * | |

## DEFENDANTS NOTICE OF APPEAL

Please note an appeal on behalf of the defendants herein, 3 Bea's Assisted Living, LLC, Connie Stewart and David Stewart, to the United States Court of Appeals for the Fourth Circuit, of all of the rulings and judgments in this case, up to and including the granting of summary judgment in favor of Plaintiff on November 7, 2023.

                          Respectfully submitted,

                          _____/s/_____
                          Richard Bardos, Of Counsel
                          Schulman, Hershfield & Gilden, P.A.
                          1 East Pratt Street, 9th Floor
                          Baltimore, Maryland 21202
                          (410)332 0850

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 4th of December, 2023, a copy of the foregoing Notice of Appeal was served electronically to: Johnathan Lerner, Esq. , 105 Eisenhower Parkway, Roseland, New Jersey 07068 via ECF.

                          _____/s/_____
                          Richard Bardos